B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Paul Hemmer Development Company IV, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**61-1351585** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**250 Grandview Drive<br>Ft Mitchell, KY** ZIP Code **41017** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Kenton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Paul Hemmer Development Company IV, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Paul Hemmer Development Company IV, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael B. Baker**
Signature of Attorney for Debtor(s)

**Michael B. Baker 91890**
Printed Name of Attorney for Debtor(s)

**The Baker Firm, PLLC**
Firm Name

**6900 Houston Road
Bldg. 600, Suite 16
Florence, KY 41042**

_____
Address

**Email: mbaker@bakerlawky.com**
**(859) 647-7777  Fax: (859) 647-7799**
Telephone Number

**April  1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Barry G. Kienzle**
Signature of Authorized Individual

**Barry G. Kienzle**
Printed Name of Authorized Individual

**Treasurer**
Title of Authorized Individual

**April  1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Paul Hemmer Development Company IV, LLC**                    ,    Case No. _____
                                                                          Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 739,531.00 | | |
| B - Personal Property | Yes | 4 | 1,702,561.33 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 10,025,915.37 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 30,806,009.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | Total Assets | | 2,442,092.33 | | |
| | | Total Liabilities | | 40,831,925.09 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Paul Hemmer Development Company IV, LLC**             ,      Case No. _____

                                        Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Paul Hemmer Development Company IV, LLC**          ,    Case No. _____

                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Burlington Land** | | - | 136,500.00 | 216,415.80 |
| **U.S. 25 Business Center Retail Land  4.63 acres** | | - | 198,991.00 | 990,804.14 |
| **Sterling Creek Land** | | - | 404,040.00 | 345,362.49 |

| | | |
|---|---|---|
| Sub-Total > | 739,531.00 | (Total of this page) |
| Total > | 739,531.00 | |

    **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Paul Hemmer Development Company IV, LLC**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct : The Bank of Kentucky** | - | 83.33 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **83.33**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul Hemmer Development Company IV, LLC**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Burlington Crossing, LLC 100 % Member  (Believed to have negative equity value)** | - | 0.00 |
| | | **Legacy Center, LLC 100 % Member (Believed to have negative equity value)** | - | 0.00 |
| | | **Republic/Florence, LLC 100% Member (Value listed calculated by estimated net value of company multiplied by Debtor's percentage of ownership)** | - | 330,145.00 |
| | | **Riverside Palvilion LLC 100% Member (Believed to have negative equity value)** | - | 0.00 |
| | | **Sterling Creek Land, LLC 100% Member (Value listed calculated by estimated net value of company multiplied by Debtor's percentage of ownership)** | - | 67,162.00 |
| | | **DG/Michigan-Stervensville 100% Member (Believed to have negative equity value)** | - | 0.00 |
| | | **ACE/Florence, LLC 25% Member (Value listed calculated by estimated net value of company multiplied by Debtor's percentage of ownership)** | - | 261,848.00 |
| | | **Aurora/Hemmer, LLC 50% Member (Believed to have negative equity value)  Real estate of entity being surrendered.** | - | 0.00 |
| | | **Columbia Center, LLC 34.5% Member (Value listed calculated by estimated net value of company multiplied by Debtor's percentage of ownership)** | - | 303,232.00 |

Sub-Total >    962,387.00
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Paul Hemmer Development Company IV, LLC** ,      Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Independence Center, LLC 25% Member (Value listed calculated by estimated net value of company multipled by Debtor's percentage of ownership)** | - | 122,295.00 |
| | | **JHS Medical LLC 25% Member (Value listed calculated by estimated net value of company multipled by Debtor's percentage of ownership)** | - | 359,696.00 |
| | | **Sterling Creek MOB -A LLC 30% Member (Value listed calculated by estimated net value of company multipled by Debtor's percentage of ownership)** | - | 258,100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         740,091.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul Hemmer Development Company IV, LLC** ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **1,702,561.33**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Paul Hemmer Development Company IV, LLC**                    Case No. _____
                                                     ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Boone County Sheriff**<br>**PO Box 198**<br>**Burlington, KY 41005** | | - | **Real Estate Taxes**<br><br>**U.S. 25 Business Center Retail Land**<br>**4.63 acres**<br><br>Value $              198,991.00 | | | | 1,238.14 | 0.00 |
| Account No. <br><br>**City of Burlington**<br>**300 N. Pine Street**<br>**Burlington, WI 53105** | | - | **Burlington Land**<br><br><br>Value $              136,500.00 | | | | 3,017.92 | 0.00 |
| Account No. <br><br>**City of Burlington**<br>**300 N. Pine Street**<br>**Burlington, WI 53105** | | - | **Burlington Land**<br><br><br>Value $              136,500.00 | | | | 28,930.42 | 0.00 |
| Account No. <br><br>**PNC Bank**<br>**Commercial Loan Services**<br>**DCC**<br>**500 First Ave**<br>**Pittsburgh, PA 15219** | X | - | **2007 -  3/2011**<br><br>**All of the Debtor's interest in JHS Medical, LLC, Independence Center, LLC, and Columbia Center, LLC.  Debt is also subject to guaranty.**<br>Value $              785,223.00 | X | X | | 3,135,811.00 | 2,350,588.00 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 3,168,997.48 | 2,350,588.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   __Paul Hemmer Development Company IV, LLC_____,   Case No. _____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 3/2011 | | | | | |
| **PNC Bank Commercial Loan Services DCC 500 First Ave Pittsburgh, PA 15219** | X | - | **All of the Debtor's interest in JHS Medical, LLC, Independence Center, LLC, and Columbia Center, LLC** | X | X | | | |
| | | | Value $              785,223.00 | | | | 2,368,482.00 | 1,583,259.00 |
| Account No. | | | 2007 3/2011 | | | | | |
| **PNC Bank Commercial Loan Services DCC 500 First Ave Pittsburgh, PA 15219** | X | - | **All of the Debtor's interest in JHS Medical, LLC, Independence Center, LLC, and Columbia Center, LLC** | | | | | |
| | | | Value $              785,223.00 | | | | 2,969,040.00 | 2,183,817.00 |
| Account No. | | | **Burlington Land** | | | | | |
| **Racine County Treasurer PO Box 3964 Milwaukee, WI 53201** | | - | | | | | | |
| | | | Value $              136,500.00 | | | | 42,178.46 | 42,178.46 |
| Account No. | | | **Burlington Land** | | | | | |
| **The Huntington National Bank 105 East Fourth Street Ste 200 Cincinnati, OH 45202** | X | - | | X | X | | | |
| | | | Value $              136,500.00 | | | | 142,289.00 | 37,737.34 |
| Account No. | | | 2008-2010 | | | | | |
| **The Huntington National Bank 105 East Fourth Street Ste 200 Cincinnati, OH 45202** | X | - | **Debtor's interests in ACE/Florence, LLC, SLW/Medical, LLC and Republic/Florence, LLC, Mortgage on US 25 land** | | | | | |
| | | | Value $              790,984.00 | | | | 989,565.94 | 198,581.94 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 6,511,555.40 | 4,045,573.74 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Paul Hemmer Development Company IV, LLC** _____,   Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **US Bank** **Commercial Real Estate Department** **425 Walnut Street** **Cincinnati, OH 45202** | X | - | **2006** **Sterling Creek Land** Value $   **404,040.00** | X | X | X | 345,362.49 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 345,362.49 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,025,915.37 | 6,396,161.74 |

B6E (Official Form 6E) (4/10)

In re     **Paul Hemmer Development Company IV, LLC**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____0____  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    __Paul Hemmer Development Company IV, LLC_____ ,    Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2007 Unpaid incentive compensation | | | | |
| **Andrew Balzer** **25244 Soldier Ct.** **Plainfield, IL 60544** | | - | | | | | | | |
| | | | | | | | | | 8,138.00 |
| Account No. | | | | | 2007 Guaranty for Mortgage on Legacy Center, St. Charles III | | | | |
| **Bank of America, N.A.** **CA9-169-03-03(RELLC4)** **PO Box 105483** **Los Angeles, CA 90051** | X | - | | | | X | X | | |
| | | | | | | | | | 8,830,258.50 |
| Account No. | | | | | 2007 Unpaid incentive compensation | | | | |
| **Barry G. Kienzle** **1024 Cedar Brook Drive** **Villa Hills, KY 41017** | | - | | | | | | | |
| | | | | | | | | | 15,391.00 |
| Account No. | | | | | Maintenance Fees | | | | |
| **Building Management Partners** **250 Grandview Drive** **Ft Mitchell, KY 41017** | | - | | | | | | | |
| | | | | | | | | | 74.15 |
| __12__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 8,853,861.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Hemmer Development Company IV, LLC** _____ ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2010 Refund of St. John Square POA.  Debt is from obligation of TSC/St. John, LLC | X | | | |
| Cole TS St. John IN Cole Real Estate Investment 2555 E. Camelback Road, #400 Phoenix, AZ 85016 | | | | | | | | 1,477.81 |
| Account No. | | - | | 2010 Real estate tax settlement from sale | | | | |
| Courtyards at Pluckemin c/o Rick Barfuss PO Box 166 Far Hills, NJ 07931 | | | | | | | | 6,144.06 |
| Account No. | | - | | 2010 Amended Restated Promissory Note.  Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Curt P. Robinson 7248 Blackstone Drive Florence, KY 41042 | | | | | | | | 61,733.33 |
| Account No. | | - | | 2007 Unpaid incentive compensation. | X | | | |
| David  H. Dringenburg 3315 Hathaway Road Union, KY 41091 | | | | | | | | 1,175.00 |
| Account No. | | - | | 2007 Unpaid incentive compensation | | | | |
| David P. Langen 3850 Mirmar Drive Burlington, KY 41005 | | | | | | | | 4,132.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **74,662.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Hemmer Development Company IV, LLC**                                      ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                             Snow Removal | | | | | | | | |
| Deluca & Hartmon Construction PO Box 310 Big Bend, WI 53103 | - | | | | | | | 841.95 |
| Account No.                                                             2007 Unpaid incentive compensation | | | | | | | | |
| Douglas Roessler 5592 Happy Hollow Road Milford, OH 45150 | - | | | | | | | 5,694.00 |
| Account No.                                                             Mitigation Monitoring | | | | | | | | |
| Ecotune 215 Executive Drive, Suite 204 Cranberry Township, PA 16066 | - | | | | | | | 4,400.00 |
| Account No.                                                             2010 Amended Restated Promissory Note.  Original maker Riverside Pavillion, LLC in 2007. | | | | | | | | |
| Eugene Algie c/o Glenn Algie 7079 Walnut Creek Drive Hamilton, OH 45011 | - | | | | | | | 102,666.67 |
| Account No.                                                             2009 Corporate Guaranty on Mortgage on Dollar General - Stevensville, MI | | | | | | | | |
| Fifth Third Bank P.O. Box 630337 Cincinnati, OH 45263 | X - | | | | X | X | | 587,647.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            701,249.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Hemmer Development Company IV, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263** | X | - | **2009**<br>**Line of credit secured by 2nd Mortgage on Stevensville Dollar General** | X | X | | 252,221.74 |
| Account No.<br><br>**Fifth Third Bank**<br>**Commercial Lending**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | X | - | **2010**<br>**Deficiency Note from Heron Point, LLC & Miami Valley Industrial Park land** | X | X | | 1,300,000.00 |
| Account No.<br><br>**G. Jack Levermann**<br>**3863 Jenny Lane**<br>**Erlanger, KY 41018** | | - | **2007**<br>**Unpaid incentive compensation** | | | | 19,054.00 |
| Account No.<br><br>**Gregory T. George**<br>**532 Metcalfe Drive**<br>**Edgewood, KY 41017** | | - | **2007**<br>**Unpaid incentive compensation** | | | | 4,132.00 |
| Account No.<br><br>**Hemmer DeFrank, PLLC**<br>**Suite 500**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | | - | **2009-2010**<br>**Legal Fees** | | | | 77,481.78 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,652,889.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Hemmer Development Company IV, LLC**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hemmer Family LTD Partnership** <br> **250 Grandview Drive** <br> **Ft Mitchell, KY 41017** | X | - | **2008** <br> **Guaranty of Promissory Note to Burlington Crossing, LLC** | | | | 500,000.00 |
| Account No. <br><br> **Huntington Real Estate Investment Co.** <br> **c/o Harlan W. Robbins, Esq** <br> **Capitol Square, Ste 2100** <br> **65 East State Street** <br> **Columbus, OH 43215** | X | - | **2009** <br> **Unsecured deficiency Note from TSC projects** | | | | 748,760.56 |
| Account No. <br><br> **J. Robert True** <br> **Clermont County Treasurer** <br> **101 E. Main Street** <br> **Batavia, OH 45103** | | - | **2010** <br> **Deferred Water Assessment** | | | | 1,999.50 |
| Account No. <br><br> **Jack R. Martin** <br> **26 Locust Lane** <br> **Florence, KY 41042** | | - | **2010** <br> **Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007.** | | | | 256,666.67 |
| Account No. <br><br> **John F. Curtin, III** <br> **1967 Winesap Way** <br> **Villa Hills, KY 41017** | | - | **2007** <br> **Unpaid incentive compensation.** | | | | 25,170.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,532,596.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Hemmer Development Company IV, LLC**                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Unpaid incentive compensation | | | | |
| Jon J. Hemmer 1255 Michigan Ave Cincinnati, OH 45208 | - | | | | | | | |
| | | | | | | | | 22,821.00 |
| Account No. | | | | 2007 Unpaid incentive compensation | | | | |
| Jonathan J. Lohr 25154 Constitution Court Plainfield, IL 60544 | - | | | | | | | |
| | | | | | | | | 6,751.00 |
| Account No. | | | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Kathleen Breitenbecher 780 Keeneland Greens Union, KY 41091 | - | | | | | | | |
| | | | | | | | | 102,666.67 |
| Account No. | | | | 2007 Unpaid incentive compensation | | | | |
| Kathryn M. Groob 1023 Russel St. Covington, KY 41011 | - | | | | | | | |
| | | | | | | | | 4,699.00 |
| Account No. | | | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Kim Buchheid 4655 Plantation Lane Batavia, OH 45103 | - | | | | | | | |
| | | | | | | | | 41,733.34 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

178,671.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Hemmer Development Company IV, LLC**                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007<br>Unpaid incentive compensation | | | | |
| Kim Buchheid<br>4655 Plantation Lane<br>Batavia, OH 45103 | | - | | | | X | | |
| | | | | | | | | 5,346.00 |
| Account No. | | | | Lawncare | | | | |
| Lakeshore Landscapping<br>PO Box 1310<br>Valparaiso, IN 46384 | | - | | | | | | |
| | | | | | | | | 439.50 |
| Account No. | | | | Snow Removal | | | | |
| Lakeview Landscape<br>1953 Miners Road<br>Saint Joseph, MI 49085 | | - | | | | | | |
| | | | | | | | | 765.00 |
| Account No. | | | | Snow Removal | | | | |
| LRH Property Maintenance<br>PO Box 552<br>Lansing, IL 60438 | | - | | | | | | |
| | | | | | | | | 8,634.35 |
| Account No. | | | | 2010<br>Amended Restated Promissory Note.  Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Mary Jo Amlie<br>804 Englewood Drive<br>Villa Hills, KY 41017 | | - | | | | | | |
| | | | | | | | | 102,666.67 |

Sheet no. __6___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,851.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Hemmer Development Company IV, LLC**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Mary Marlene Robinson 18 Kathryn Ave. Florence, KY 41042 | | | | | | | | 61,733.33 |
| Account No. | | - | | 2007 Unpaid incentive compensation. | | | | |
| Michael J. Hemmer 3507 Reeves Drive Fort Wright, KY 41011 | | | | | | | | 10,630.00 |
| Account No. | X | - | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Michael Robinson 3082 Friars Lane Edgewood, KY 41017 | | | | | | | | 433,600.00 |
| Account No. | | - | | 2007 Unpaid incentive compensation | | | | |
| Michael Yukna 2501 Doncaster Drive Aurora, IL 60504 | | | | | | | | 5,048.00 |
| Account No. | | - | | Property Maintenance | | | | |
| Mtech Facility Services PO Box 1690 Brookfield, WI 53008 | | | | | | | | 1,235.13 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

512,246.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Hemmer Development Company IV, LLC** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Par/Hemmer**<br>**324 Iris Road**<br>**Ft. Mitchell, KY 41011** | X | - | | **2006**<br>**Guaranty of Promissory Note to Burlington Crossing, LLC.** | | | | 400,000.00 |
| Account No.<br><br>**Paul Hemmer Company**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | | - | | **Maintenance fees** | | | | 700.00 |
| Account No.<br><br>**Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | | - | | **2007**<br>**Unpaid incentive compensation** | | | | 17,584.00 |
| Account No.<br><br>**Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | | - | | **Convertible Notes dated 3/30/2009; 4/29/2009, 5/29/2009; 6/29/2009; 8/31/2009;** | | | | 1,377,891.00 |
| Account No.<br><br>**Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | | - | | **2009 - 2010 - 2011**<br>**Loan Guaranty Fees** | | | | 222,037.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,018,212.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Hemmer Development Company IV, LLC** ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Guaranty for Mortgage on Riverside Pavillion, LLC. | | | | |
| **PNC Bank Commercial Loan Services DCC 500 First Ave Pittsburgh, PA 15219** | X | - | | | X | X | | 8,104,391.55 |
| Account No. | | | | 2010 Guaranty of Promissory Note related to Heron Point, LLC. | | | | |
| **Pomeroy Investments II, LLC 42475 No. 112th Apache Peak, Desert Mountain Scottsdale, AZ 85262** | X | - | | | X | X | | 550,000.00 |
| Account No. | | | | 2010 Guaranty of Promissory Note to Legacy Center, LLC | | | | |
| **Pomeroy Investments II, LLC 42475 No. 112th Apache Peak, Desert Mountain Scottsdale, AZ 85262** | X | - | | | X | X | | 650,000.00 |
| Account No. | | | | Lawn Care | | | | |
| **Pratt's Lawn and Landscape 1839 Lexington Road Georgetown, KY 40324** | | - | | | | | | 88.00 |
| Account No. | | | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| **Rae Maier 1840 Beacon Hill Ft. Wright, KY 41011** | | - | | | | | | 102,666.67 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,407,146.22

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul Hemmer Development Company IV, LLC_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Guaranty on mortgage on Republic Bank - US 42 | | | | |
| Republic Bank & Trust Co. 601 W. Market Street Louisville, KY 40202 | X | - | | | X | X | | |
| | | | | | | | | 1,262,043.00 |
| Account No. | | | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Sharpco DBP c/o George Sharp, III PO Box 349 Florence, KY 41042 | | - | | | | | | |
| | | | | | | | | 99,194.50 |
| Account No. | | | | 2010 Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007. | | | | |
| Sharpco PSP c/o Georger Sharp, III PO Box 349 Covington, KY 41012 | | - | | | | | | |
| | | | | | | | | 240,486.30 |
| Account No. | | | | Equity contribution due by PHDC Equity | | | | |
| Sterling Creek A. LLC 250 Grandview Drive Fourth Floor Ft Mitchell, KY 41017 | | - | | | | | | |
| | | | | | | | | 87,500.00 |
| Account No. | | | | Electric Services | | | | |
| Sweney Electric Company 9111 Louisana Street Merrillville, IN 46410 | | - | | | | | | |
| | | | | | | | | 1,370.33 |

Sheet no. __10__ of __12__ sheets attached to Schedule of    Subtotal    1,690,594.13
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Hemmer Development Company IV, LLC**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Synapse<br>c/o Dr. Robert Hemmer<br>324 Iris Ave.<br>Ft. Mitchell, KY 41011** | | - | **2010**<br>**Amended Restated Promissory Note. Original maker Riverside Pavillion, LLC in 2007.** | | | | 205,333.33 |
| Account No.<br><br>**The Huntington National Bank<br>Commercial Lending<br>105 E. 4th Street (CN01)<br>Cincinnati, OH 45202** | X | - | **2006**<br>**Guaranty for Mortgage on Burlington Crossing strip center** | X | X | | 2,376,466.00 |
| Account No.<br><br>**The Huntington National Bank<br>105 East Fourth Street<br>Ste 200<br>Cincinnati, OH 45202** | X | - | **2010**<br>**Deficiency Note from sale of land - Georgetown.** | | | | 509,363.79 |
| Account No.<br><br>**The Huntington National Bank<br>105 East Fourth Street<br>Ste 200<br>Cincinnati, OH 45202** | X | - | **2010**<br>**Deficiency for St. John Square, LLC** | | | | 812,574.59 |
| Account No.<br><br>**The Huntington National Bank<br>105 E. Fourth Street<br>Cincinnati, OH 45202** | | - | **2010**<br>**Loan Extention Fees Burlington** | | | | 33,299.27 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      3,937,036.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Hemmer Development Company IV, LLC**                ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Springfield Tax rebate | | | | |
| **Tractor Supply Company c/o Ann Stinson 200 Powell Place Brentwood, TN 37027** | - | | | | | | | **51,598.56** |
| Account No. | | | | **2010 Attorney Fees** | | | | |
| **Ulmer & Berne 600 Vine Street, Suite 2800 Cincinnati, OH 45202** | - | | | | | | | **14,900.00** |
| Account No. | | | | **2011 Accounting Fees** | | | | |
| **Von Lehman & Company Dept. L-2076 Cincinnati, OH 45270** | - | | | | | | | **4,112.00** |
| Account No. | | | | **Sublease** | | | | |
| **Walmart Stores East PO Box 500620 Saint Louis, MO 63150** | - | | | | | | | **38,113.12** |
| Account No. | | | | **2007 Unpaid incentive compensation** | | | | |
| **William F. Hargis 1838 Beacon Hill Ft. Wright, KY 41011** | - | | | | | | | **20,268.00** |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **128,991.68** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **30,806,009.72** |

B6G (Official Form 6G) (12/07)

.

In re   **Paul Hemmer Development Company IV, LLC**                          ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re      **Paul Hemmer Development Company IV, LLC**                                          ,      Case No. _____
                                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Burlington Crossing, LLC**<br>**250 Grandview Drive**<br>**Fouth Floor**<br>**Ft Mitchell, KY 41017** | **The Huntington National Bank**<br>**Commercial Lending**<br>**105 E. 4th Street (CN01)**<br>**Cincinnati, OH 45202** |
| **Burlington Crossing, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **Par/Hemmer**<br>**324 Iris Road**<br>**Ft. Mitchell, KY 41011** |
| **Burlington Crossing, LLC**<br>**250 Grandview Drive**<br>**Fouth Floor**<br>**Ft Mitchell, KY 41017** | **Hemmer Family LTD Partnership**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Columbia Center, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **PNC Bank**<br>**Commercial Loan Services**<br>**DCC**<br>**500 First Ave**<br>**Pittsburgh, PA 15219** |
| **DG/Michigan Stevensville, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263** |
| **DG/Michigan Stevensville, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263** |
| **Independence Center, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **PNC Bank**<br>**Commercial Loan Services**<br>**DCC**<br>**500 First Ave**<br>**Pittsburgh, PA 15219** |
| **JHS Medical, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **PNC Bank**<br>**Commercial Loan Services**<br>**DCC**<br>**500 First Ave**<br>**Pittsburgh, PA 15219** |
| **Legacy Center, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **Bank of America, N.A.**<br>**CA9-169-03-03(RELLC4)**<br>**PO Box 105483**<br>**Los Angeles, CA 90051** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Paul Hemmer Development Company IV, LLC**     ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Center, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **Pomeroy Investments II, LLC**<br>**42475 No. 112th**<br>**Apache Peak, Desert Mountain**<br>**Scottsdale, AZ 85262** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **Fifth Third Bank**<br>**Commercial Lending**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017**<br>  **Co-Guarantor** | **Bank of America, N.A.**<br>**CA9-169-03-03(RELLC4)**<br>**PO Box 105483**<br>**Los Angeles, CA 90051** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **The Huntington National Bank**<br>**Commercial Lending**<br>**105 E. 4th Street (CN01)**<br>**Cincinnati, OH 45202** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **The Huntington National Bank**<br>**105 East Fourth Street**<br>**Ste 200**<br>**Cincinnati, OH 45202** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **PNC Bank**<br>**Commercial Loan Services**<br>**DCC**<br>**500 First Ave**<br>**Pittsburgh, PA 15219** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **The Huntington National Bank**<br>**105 East Fourth Street**<br>**Ste 200**<br>**Cincinnati, OH 45202** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **Pomeroy Investments II, LLC**<br>**42475 No. 112th**<br>**Apache Peak, Desert Mountain**<br>**Scottsdale, AZ 85262** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **Pomeroy Investments II, LLC**<br>**42475 No. 112th**<br>**Apache Peak, Desert Mountain**<br>**Scottsdale, AZ 85262** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

In re    **Paul Hemmer Development Company IV, LLC**     ,    Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | The Huntington National Bank<br>105 East Fourth Street<br>Ste 200<br>Cincinnati, OH 45202 |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | Michael Robinson<br>3082 Friars Lane<br>Edgewood, KY 41017 |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | The Huntington National Bank<br>105 East Fourth Street<br>Ste 200<br>Cincinnati, OH 45202 |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | Huntington Real Estate Investment Co.<br>c/o Harlan W. Robbins, Esq<br>Capitol Square, Ste 2100<br>65 East State Street<br>Columbus, OH 43215 |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | PNC Bank<br>Commercial Loan Services<br>DCC<br>500 First Ave<br>Pittsburgh, PA 15219 |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | PNC Bank<br>Commercial Loan Services<br>DCC<br>500 First Ave<br>Pittsburgh, PA 15219 |
| Paul Hemmer, Jr.<br>903 Squire Oaks Drive<br>Villa Hills, KY 41017 | PNC Bank<br>Commercial Loan Services<br>DCC<br>500 First Ave<br>Pittsburgh, PA 15219 |
| Republic/Florence, LLC<br>250 Grandview Drive<br>Ft Mitchell, KY 41017 | Republic Bank & Trust Co.<br>601 W. Market Street<br>Louisville, KY 40202 |
| Riverside Pavillion, LLC<br>250 Grandview Drive<br>Ft Mitchell, KY 41017 | PNC Bank<br>Commercial Loan Services<br>DCC<br>500 First Ave<br>Pittsburgh, PA 15219 |
| St. John Square, LLC<br>250 Grandview Drive<br>Ft Mitchell, KY 41017 | The Huntington National Bank<br>105 East Fourth Street<br>Ste 200<br>Cincinnati, OH 45202 |

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re    **Paul Hemmer Development Company IV, LLC** _____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Sterling Creek Land, LLC**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **US Bank**<br>**Commercial Real Estate Department**<br>**425 Walnut Street**<br>**Cincinnati, OH 45202** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Paul Hemmer Development Company IV, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___29___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 1, 2011**

Signature   **/s/ Barry G. Kienzle**

**Barry G. Kienzle**
**Treasurer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Paul Hemmer Development Company IV, LLC**                 Case No.                

                                                      Debtor(s)            Chapter     **7**              

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,966,266.00** | **2009 Gross Receipts from Tax return.  May include constructive income from single member sub-entities.** |
| **$1,366,000.00** | **2010 Gross Receipts, estimated.  Tax returns are still being prepared. Estimate does not include constructive income from sub-entities.** |
| **$534,223.28** | **2011 Gross Receipts to date estimated.** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Hemmer DeFrank, PLLC Suite 200 250 Grandview Drive Ft Mitchell, KY 41017** | **February 9, 2011** | **$5,000.00** | **$77,481.78** |
| **The Huntington National Bank 105 East Fourth Street Ste 200 Cincinnati, OH 45202** | **February 9, 2011** | **$510,312.50** | **$0.00** |
| **LM Value Star** | **December 31, 2010** | **$7,822.94** | **$0.00** |
| **Fifth Third Bank Commercial Lending 38 Fountain Square Plaza Cincinnati, OH 45263** | **3/9/11** | **$4,421.10** | **$1,300,000.00** |
| **Fifth Third Bank Commercial Lending 38 Fountain Square Plaza Cincinnati, OH 45263** | **3/9/11** | **$1,801.93** | **$1,300,000.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sterling Creek A**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017**<br>   Debtor owns interest in entity | **December 1, 2010** | **$38,500.00** | **$87,500.00** |
| **Kim Buchheid**<br>**4655 Plantation Lane**<br>**Batavia, OH 45103**<br>   Member | **May 28, 2010; August 30, 2010; September 16, 2010; December 1, 2010** | **$9,600.00** | **$41,733.34** |
| **Paul Hemmer Company**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017**<br>   Member/Insider by common ownership | **7/12/2010** | **$779.03** | **$700.00** |
| **Paul Hemmer Company**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **5/27/2010** | **$13,549.00** | **$700.00** |
| **Paul Hemmer Company**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **5/28/10** | **$32,000.00** | **$700.00** |
| **Paul Hemmer Company**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **6/1/10** | **$17,716.00** | **$700.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America**<br>**vs.**<br>**Paul Hemmer Development Company IV, et al.**<br>**10CH-1719** | **Foreclosure** | **Kane County Illinois Circuit Court** | **Judgment Granted in Favor of Bank of America** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263** | | **See Question 10.** |

4

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **L. Craig Kendrick**<br>**7000 Houston Road**<br>**Building 300, Suite 25**<br>**Florence, KY 41042** | **January 2011 and March 2011. This payment was equally divided with Michael B. Baker pursuant to Fee Disclosure.** | **$25,000.00. Plus $1,000.00 or expenses and filing fee.** |
| **Ulmer & Berne**<br>**600 Vine Street, Suite 2800**<br>**Cincinnati, OH 45202** | **7/12/10 and 8/13/10** | **$10,408.00 Legal advice related to work outs/pre-bankruptcy** |
| **Reno & Zahm LLP**<br>**2902 McFarland Road**<br>**Ste 400**<br>**Rockford, IL 61107** | **5/19/10, 7/12/10, 11/30/10, 12/15/10, 2/4/11** | **$27,000.00. Legal fees related to Bank of America Suit in IL** |

**10. Other transfers**

None
☐
    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Fifth Third Bank**<br>**21 E. State Street**<br>**Columbus, OH 43215**<br>   **Mortgage Holder** | **12/10/2010** | **Debtor executed a deed in lieu of foreclosure to Fifth Third Bank which held a mortgage in the orginal amount of $3,100,000.00 on real estate known as N Garver Road, Monroe, Butler County, Ohio. Debtor believes real estate was worth less than mortgage.** |
| **BMT Investment, LLC**<br>**PO Box 398**<br>**Georgetown, KY 40324**<br>   **None** | **December 29, 2010** | **Sold Tract 1A Connector Road, Georgetown, KY for $106,700.00. After payment of Mortgage and closing costs the Debtor received $0.00.** |
| **Ted and Mary Hiller and others**<br>**121 Meadow View Drive**<br>**Mount Sterling, KY 40353**<br>   **None** | **December 23, 2010** | **Sold Tract 3, 295 Connector Road, Georgetown, KY for $181,500.00. After payment of Mortgage and closing costs the Debtor received $0.00.** |
| **Hemmer Family LTD Partnership**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | **December 10, 2010** | **Transfer of all of debtor's interest in Florence Promenade, LLC in exchange for forgiveness of $300,000.00 note. Equity value of underlying entity believed to be negative at the time of the transfer.** |
| **PNC Bank, N.A.**<br>**Commercial Loan Services**<br>**DCC**<br>**500 First Ave**<br>**Pittsburgh, PA 15219** | **3/23/2011** | **Pledged all of the Debtor's interests in Columbia Center, LLC; JHS Medical, LLC; and Independence Center, LLC in exchange for extension of the maturity date for the loans of each of those LLC's with PNC.** |
| **The Huntington National Bank**<br>**Attn. Lori M. Henn**<br>**105 E. 4th Street (CN01)**<br>**Cincinnati, OH 45202**<br>   **Creditor** | **1/2010** | **Pledged all of the Debtor's interest in Republic Florence, LLC, SLW Medical, LLC, ACE/Florence, LLC and US 25 Business Center.** |
| **Paul Hemmer & Associates, III**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **8/2009** | **Pledged all of the Debtor's interest in Anderson Center, LLC** |
| **Paul Hemmer Development Company III**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **8/2009** | **Pledged all of the Debtor's interest in Anderson Center, LLC** |
| **Paul Hemmer & Associates, III**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **2011** | **Transferred 12.5% interest in Anderson Center, LLC in exchange for payment on secured note** |
| **Paul Hemmer Development Company III**<br>**250 Grandview Drive, Suite 400**<br>**Ft Mitchell, KY 41017** | **2011** | **Transferred 12.5% interest in Anderson Center, LLC in exchange for payment on secured note** |

None
■
    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank**<br>**Commercial Real Estate Department**<br>**425 Walnut Street**<br>**Cincinnati, OH 45202** | **Commercial Money Market Savings Account** | **3/17/11  122.80** |
| **Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | **Checking Account  2/28/11** | **6.08** |
| **The Huntington National Bank**<br>**105 East Fourth Street**<br>**Ste 200**<br>**Cincinnati, OH 45202** | **Checking Account** | **2/16/11  $1749.75.** |
| **The Huntington National Bank**<br>**105 East Fourth Street**<br>**Ste 200**<br>**Cincinnati, OH 45202** | **2 Special purpose accounts.  No activity in 2010-2011** | **2/18/11  0.00.** |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| ACE/Hebron, LLC | 30-0489282 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate Development for ACE Hardware store. Debtor owned 50% interest. Real estate sold. | 6/12/08 - |
| Anderson Center, LLC | 73-1691613 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate Development. Office/Medical. Debtor 25% ownership interest. Transferred to Paul Hemmer Develpment Co. III, LLC and Paul Hemmer and Associates III in 2011. | |
| Florence Promenade, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Mixed use real estate development. Debtor was sole owner. Interest in LLC transferred to Hemmer Family LP in January 2011. | 11-14-08 - present |
| Heron Point, LLC | | 250 Grandview Drive Ft Mitchell, KY 41017 | Mixed use land development. . Debtor sole member. Deed in lieu to Fifth Third Bank in Ocotber 2010 | - 10/2010 |
| Mariemont Promenade, LLC | 75-3172569 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail strip center. Debtor 24% member. Real estate is in foreclosure. | October 2004 - present |
| Pleasant Valley Commons, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail land development. Debtor Sole member. Real Estate sold May 2009. | 3/19/08 - May 2009 |
| St. John Land, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail Land. Debtor sole member. Real estate sold in 2008 | 2006 - 2008 |
| St. John Square, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail strip center. Debtor sole member. Real estate sold in December 2010. | June 2006 - January 2011 |
| SLW Medical, LLC | 34-2024922 | 250 Grandview Drive Ft Mitchell, KY 41017 | Office/Medical Building. Debtor owned 25% interest. Real Estate sold in 2011. | 11/17/04 - 2011 |
| ACE/Illinois II | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate Development for ACE Hardware strip center. Debtor sole member. Real estate sold in June 2008 | 1/2007 - 6/2008 |

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DG/Ohio II, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Owned Dollar General stores in Merriville and Hobart.  Debtor sole owner. All Real estate sold. | 6/7/04 - 11/1/08 |
| DG/Michigan-Stevens ville, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Debtor sole owner. Owns one Dollar General in Michigan. Sold stores in Lansing, St. Joseph, New Buffalo, Perry & Stockbridge. | June 2004 - present |
| Dixon/Hemmer, Inc. | 20-1671194 | 250 Grandview Drive Ft Mitchell, KY 41017 | Sold Tractor Supply Stores in Ukiah and Dixon, CA.  CA Subchapter S corproation whose shareholder's mirrored the members of Debtor. No direct interest. Real Estate sold September 2010 | August 2004 - 2010 |
| TSC/Belle Vernon, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store. Debtor sole member. Real Estate sold September 2009. | March 2006 - September 2009 |
| TSC/Chambersburg, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store development.  Real Estate sold August 2010 | January 2004 - August 2010 |
| TSC/Macedonia, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store development.  Real Estate sold in December 2008. | October 2005 - December 2008 |
| TSC/Murrysville, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store development. Debtor sole owner. Real Estate sold in November 2009. | August 2005 - November 2009 |
| TSC/Springfield, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store Development.  Debtor sole owner.  Sold real estate in 2008. | January 2006  - September 2008 |
| TSC/St.John, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store Development.  Debtor sole owner.  Real Estate sold in 2010 | May 2005 - July 2010 |
| TSC/Washington, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Tractor Supply Store Development. Debtor sole member. Adminsitratively Dissolved in 2009. | 5/11/04 - 11/3/2009 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **TSC/Millersburg, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Debtor sole member. Administratively dissolved November 2009.** | **May 2005 - November 2009** |
| **TSC/Cranberry, LLC** | **61-1351585** | **250 Grandview Drive, LLC Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Debtor sole member.** | **July 2003 - 2010** |
| **TSC/Medina, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Debtor sole owner. Administratively dissolved 2007.** | **Ocotber 2003 - November 2007** |
| **TSC/Georgetown, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Real Estate Sold.** | **December 2006 -** |
| **TSC/Danville, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Administratively Dissolved in 2007.** | **August 2003 - November 2007** |
| **TSC/Clarion, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Real estate sold. Debtor was sole member. Administratively dissolved in 2008.** | **March 2004 - November 2008** |
| **TSC/Burlington, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Debtor sole member. Real estate sold.** | **March 2004 - November 2007** |
| **TSC/Bedford, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Tractor Supply Store Development. Real Estate sold. Debtor is sole member. Administratively dissolved.** | **August 2003 - November 1, 2008** |
| **DG/Ohio, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Dollar General development. Debtor sole member. Real Estate sold. Administratively dissolved.** | **June 2005 - November 2008** |
| **DG/Indiana, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Owned Dollar General Stores in Merrillville and Hobart. Debtor sole member. Real Estate Sold.** | **September 2004 - 2010** |
| **Richwood Park, LLC** | **61-1351585** | **250 Grandview Drive Ft Mitchell, KY 41017** | **Single Asset Real Estate. Debtor is sole member. Sold land in Richwood in 2007. Administratively Dissolved.** | **March 2002 - November 2009** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Union Business Center, LLC | 61-1405639 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate sold in 2007. Administratively Dissolved in 2009. Single Asset Real Estate. | January 2002 - November 2009 |
| Riverport/Hemmer, LLC | 61-1354736 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate Development. Debtor was 50% member. Real Estate sold in 2007 | September 1999 - 2007 |
| Heron Point, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate Development. Property deeded in lieu to Fifth Third Bank in 2010. | 2005 - 2010 |
| Aurora/Hemmer, LLC | 42-1719275 | 250 Grandview Drive Ft Mitchell, KY 41017 | Office Development. Debtor is 50% member. Property is being deeded back to Fifth Third | 2006 - present |
| Independence Center, LLC | 75-3234049 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail strip center. Debtor is 25% member. | February 2007 - present |
| ACE/Florence, LLC | 56-2553468 | 250 Grandview Drive Ft Mitchell, KY 41017 | ACE Hardware store development. Debtor is 25% owner. | November 2005 - present |
| Columbia Center, LLC | 22-3974898 | 250 Grandview Drive Ft Mitchell, KY 41017 | Real Estate Office Development. Single Asset Real Estate. Debtor is 34.5% member. | December 2006 - present |
| Sterling Creek A. LLC | 68-0644483 | 250 Grandview Drive Ft Mitchell, KY 41017 | Office/Medical Building development. Debtor is 25% member. | 2007 - present. |
| JHS Medical, LLC | 61-1542105 | 250 Grandview Drive Ft Mitchell, KY 41017 | Medical Office development. Debtor is 25% member. | 2008 - present |
| McPherson Property, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Acquired and transferred ownership of property in Cincinnati. Formally dissolved in 2009 | 2006 - 2009 |
| Riverside Pavillion, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail strip center. Debtor is sole member. | 2007 - present. |
| Burlington Crossing, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail strip center. Debtor sole member. | 2007 - present |
| Legacy Center, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Mixed use land. Debtor is sole member. | 2005 - present. |
| ACE/ILLinois II, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Ace Hardware development in Genoa IL. Debtor sole member. | 1/2007 - 1/2008 |
| Republic/Florence, LLC | 61-1351585 | 250 Grandview Drive Ft Mitchell, KY 41017 | Retail bank/build to suit. Debtor sole member. | 2008 - present. |

12

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|------|---------|
| **ACE/Hebron, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Anderson Center, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Florence Promenade, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Heron Point, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Mariemont Promenade, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Pleasant Valley Commons, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **St. John Land, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **St. John Square, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **SLW Medical, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **ACE/Illinois II** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **DG/Michigan-Stevensville, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Belle Vernon, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Chambersburg, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Macedonia, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Murrysville, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Springfield, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/St.John, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Millersburg, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Medina, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Georgetown, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Danville, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Clarion, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Burlington, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **TSC/Bedford, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |

| NAME | ADDRESS |
|------|---------|
| **DG/Ohio, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Richwood Park, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Union Business Center, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Riverport/Hemmer, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Heron Point, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Aurora/Hemmer, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Independence Center, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **ACE/Florence, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Columbia Center, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Sterling Creek A. LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **JHS Medical, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **McPherson Property, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Riverside Pavillion, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Burlington Crossing, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |
| **Legacy Center, LLC** | **250 Grandview Drive**<br>**Ft Mitchell, KY 41017** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Barry G. Kienzle**<br>**1024 Cedar Brook Drive**<br>**Villa Hills, KY 41017** | |
| **Kim Buchheid**<br>**4655 Plantation Lane**<br>**Batavia, OH 45103** | **Former controller** |

14

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Von Lehman & Company**<br>**Dept. L-2076**<br>**Cincinnati, OH 45270** | |
| **Laura Utz**<br>**250 Grandivew Drive**<br>**Ft Mitchell, KY 41017** | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Von Lehman & Company** | **Dept. L-2076**<br>**Cincinnati, OH 45270** | **2008. Not a full audit, just a review.** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Von Lehman & Company** | **Dept. L-2076**<br>**Cincinnati, OH 45270** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Members of PHDC IV** | |
| **Various** | **Debtor is required to produce financial statements to all of its secured lenders at least annually.  A detailed list is available upon request.** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

15

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barry G. Kienzle**<br>**1024 Cedar Brook Drive**<br>**Villa Hills, KY 41017** | **Treasurer/Manager** | **4,632 units / 9.713%**<br>**Membership** |
| **Donald M. Hemmer**<br>**2061 Edenderry Drive**<br>**Ft Mitchell, KY 41017** | **Secretary** | **424 units / 0.889%**<br>**Membership** |
| **Paul Hemmer, Jr.**<br>**903 Squire Oaks Drive**<br>**Villa Hills, KY 41017** | **President/Manager** | **18,238 units / 38.250%**<br>**Membership** |
| **Paul Hemmer Company**<br>**250 Grandview Drive**<br>**Ft Mitchell, KY 41017** | | **4000 units / 8.389 %**<br>**Membership** |
| **John Curtin III**<br>**1967 Winesap Way**<br>**Villa Hills, KY 41017** | **Vice President/Manager** | **3,990 units / 8.368%**<br>**Membership** |

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __**April  1, 2011**_____        Signature    __**/s/ Barry G. Kienzle**_____

                                                                          **Barry G. Kienzle**
                                                                          **Treasurer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Paul Hemmer Development Company IV, LLC**

Case No.

Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☒ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Compensation shall be divided evenly between Michael B. Baker and L. Craig Kendrick. Said division is commensurate with work performed.  Debtor has also advanced $1,000.00 for expenses including the filing fee, copies, mail, and other out of pocket expenses.**

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding or contested matters including: dischargeability actions, judicial lien avoidances, relief from stay actions, motions to dismiss, motions to convert, inquiries from the Office of the United States Trustee, or legal work related to any of the forgoing.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 31, 2011**

**/s/ Michael B. Baker**
**Michael B. Baker 91890**
**The Baker Firm, PLLC**
**6900 Houston Road**
**Bldg. 600, Suite 16**
**Florence, KY 41042**
**(859) 647-7777   Fax: (859) 647-7799**
**mbaker@bakerlawky.com**

---

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Paul Hemmer Development Company IV, LLC**                          Case No.

_____    Chapter    **7**    _____
Debtor(s)

# VERIFICATION OF MAILING LIST MATRIX

I, the Treasurer of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of

perjury that the attached mailing list matrix of creditors and other parties in interest consisting of  **8**  page(s) is true and correct and

complete, to the best of my (our) knowledge.

Date:    **April  1, 2011**                              **/s/ Barry G. Kienzle**
_____    _____
**Barry G. Kienzle**/Treasurer
Signer/Title

I, _____**Michael B. Baker 91890**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of  **8**  page(s) has been verified by comparison to Schedules D through H to be complete, to the best
of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to
all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any
amendments may be made.

Date:    **April  1, 2011**                              **/s/ Michael B. Baker**
_____    _____
Signature of Attorney
**Michael B. Baker 91890**
**The Baker Firm, PLLC**
**6900 Houston Road**
**Bldg. 600, Suite 16**
**Florence, KY 41042**
**(859) 647-7777   Fax: (859) 647-7799**

.

Andrew Balzer
25244 Soldier Ct.
Plainfield IL 60544


Bank of America, N.A.
CA9-169-03-03(RELLC4)
PO Box 105483
Los Angeles CA 90051


Barry G. Kienzle
1024 Cedar Brook Drive
Villa Hills KY 41017


Boone County Sheriff
PO Box 198
Burlington KY 41005


Building Management Partners
250 Grandview Drive
Ft Mitchell KY 41017


Burlington Crossing, LLC
250 Grandview Drive
Fouth Floor
Ft Mitchell KY 41017


Burlington Crossing, LLC
250 Grandview Drive
Ft Mitchell KY 41017


City of Burlington
300 N. Pine Street
Burlington WI 53105


Cole TS St. John IN
Cole Real Estate Investment
2555 E. Camelback Road, #400
Phoenix AZ 85016


Columbia Center, LLC
250 Grandview Drive
Ft Mitchell KY 41017

Courtyards at Pluckemin
c/o Rick Barfuss
PO Box 166
Far Hills NJ 07931


Curt P. Robinson
7248 Blackstone Drive
Florence KY 41042


David  H. Dringenburg
3315 Hathaway Road
Union KY 41091


David P. Langen
3850 Mirmar Drive
Burlington KY 41005


Deluca & Hartmon Construction
PO Box 310
Big Bend WI 53103


DG/Michigan Stevensville, LLC
250 Grandview Drive
Ft Mitchell KY 41017


Douglas Roessler
5592 Happy Hollow Road
Milford OH 45150


Ecotune
215 Executive Drive, Suite 204
Cranberry Township PA 16066


Eugene Algie
c/o Glenn Algie
7079 Walnut Creek Drive
Hamilton OH 45011


Fifth Third Bank
P.O. Box 630337
Cincinnati OH 45263

Fifth Third Bank
Commercial Lending
38 Fountain Square Plaza
Cincinnati OH 45263


G. Jack Levermann
3863 Jenny Lane
Erlanger KY 41018


Gregory T. George
532 Metcalfe Drive
Edgewood KY 41017


Hemmer DeFrank, PLLC
Suite 500
250 Grandview Drive
Ft Mitchell KY 41017


Hemmer Family LTD Partnership
250 Grandview Drive
Ft Mitchell KY 41017


Huntington Real Estate Investment Co.
c/o Harlan W. Robbins, Esq
Capitol Square, Ste 2100
65 East State Street
Columbus OH 43215


Independence Center, LLC
250 Grandview Drive
Ft Mitchell KY 41017


J. Robert True
Clermont County Treasurer
101 E. Main Street
Batavia OH 45103


Jack R. Martin
26 Locust Lane
Florence KY 41042


James H. Smith, III, Esq.
Lindhorst & Dreidame
312 Walnust Street, Ste 3100
Cincinnati OH 45202

Jeffery R. Rush, Esq.
2200 PNC Center
201 East Fifth Street
Cincinnati OH 45202


JHS Medical, LLC
250 Grandview Drive
Ft Mitchell KY 41017


John F. Curtin, III
1967 Winesap Way
Villa Hills KY 41017


Jon J. Hemmer
1255 Michigan Ave
Cincinnati OH 45208


Jonathan J. Lohr
25154 Constitution Court
Plainfield IL 60544


Kathleen Breitenbecher
780 Keeneland Greens
Union KY 41091


Kathryn M. Groob
1023 Russel St.
Covington KY 41011


Kim Buchheid
4655 Plantation Lane
Batavia OH 45103


Lakeshore Landscapping
PO Box 1310
Valparaiso IN 46384


Lakeview Landscape
1953 Miners Road
Saint Joseph MI 49085


Legacy Center, LLC
250 Grandview Drive
Ft Mitchell KY 41017

LRH Property Maintenance
PO Box 552
Lansing IL 60438


Mary Jo Amlie
804 Englewood Drive
Villa Hills KY 41017


Mary Marlene Robinson
18 Kathryn Ave.
Florence KY 41042


Michael J. Hemmer
3507 Reeves Drive
Fort Wright KY 41011


Michael Robinson
3082 Friars Lane
Edgewood KY 41017


Michael Yukna
2501 Doncaster Drive
Aurora IL 60504


Mtech Facility Services
PO Box 1690
Brookfield WI 53008


Par/Hemmer
324 Iris Road
Ft. Mitchell KY 41011


Patrick R. Hughes
Dressman Benzinger Lavelle, PSC
207 Thomas Moore Parkway
Crestview Hills KY 41017


Paul Hemmer Company
250 Grandview Drive, Suite 400
Ft Mitchell KY 41017


Paul Hemmer, Jr.
903 Squire Oaks Drive
Villa Hills KY 41017

PNC Bank
Commercial Loan Services
DCC
500 First Ave
Pittsburgh PA 15219


PNC Bank
10851 Mastin Blvd.
Overland Park KS 66210


PNC Bank, NA
201 East Fifth Street
Commercial Lending
Cincinnati OH 45202


PNC Bank, NA
10851 Mastin, Ste 600
Treasury Department
Overland Park KS 66210


PNC Bank, NA
201 East Fifth Street
Cincinnati OH 45202


Pomeroy Investments II, LLC
42475 No. 112th
Apache Peak, Desert Mountain
Scottsdale AZ 85262


Pratt's Lawn and Landscape
1839 Lexington Road
Georgetown KY 40324


Racine County Treasurer
PO Box 3964
Milwaukee WI 53201


Rae Maier
1840 Beacon Hill
Ft. Wright KY 41011


Republic Bank & Trust Co.
601 W. Market Street
Louisville KY 40202

Republic/Florence, LLC
250 Grandview Drive
Ft Mitchell KY 41017


Riverside Pavillion, LLC
250 Grandview Drive
Ft Mitchell KY 41017


Sharpco DBP
c/o George Sharp, III
PO Box 349
Florence KY 41042


Sharpco PSP
c/o Georger Sharp, III
PO Box 349
Covington KY 41012


St. John Square, LLC
250 Grandview Drive
Ft Mitchell KY 41017


Sterling Creek A. LLC
250 Grandview Drive
Fourth Floor
Ft Mitchell KY 41017


Sterling Creek Land, LLC
250 Grandview Drive
Ft Mitchell KY 41017


Sweney Electric Company
9111 Louisana Street
Merrillville IN 46410


Synapse
c/o Dr. Robert Hemmer
324 Iris Ave.
Ft. Mitchell KY 41011


The Huntington National Bank
Commercial Lending
105 E. 4th Street (CN01)
Cincinnati OH 45202

```
The Huntington National Bank
105 East Fourth Street
Ste 200
Cincinnati OH 45202


The Huntington National Bank
105 E. Fourth Street
Cincinnati OH 45202


Tractor Supply Company
c/o Ann Stinson
200 Powell Place
Brentwood TN 37027


Ulmer & Berne
600 Vine Street, Suite 2800
Cincinnati OH 45202


US Bank
Commercial Real Estate Department
425 Walnut Street
Cincinnati OH 45202


Von Lehman & Company
Dept. L-2076
Cincinnati OH 45270


Walmart Stores East
PO Box 500620
Saint Louis MO 63150


William F. Hargis
1838 Beacon Hill
Ft. Wright KY 41011
```

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Paul Hemmer Development Company IV, LLC**                        Case No.
                                                    Debtor(s)        Chapter        **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Paul Hemmer Development Company IV, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paul Hemmer Company**
**250 Grandview Drive**
**Ft Mitchell, KY 41017**


☐ None [*Check if applicable*]


**April  1, 2011**                                **/s/ Michael B. Baker**
Date                                              **Michael B. Baker 91890**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Paul Hemmer Development Company IV, LLC**
                                                  **The Baker Firm, PLLC**
                                                  **6900 Houston Road**
                                                  **Bldg. 600, Suite 16**
                                                  **Florence, KY 41042**
                                                  **(859) 647-7777 Fax:(859) 647-7799**
                                                  **mbaker@bakerlawky.com**

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Paul Hemmer Development Company IV, LLC**

Debtor(s)

Case No.

Chapter **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: **Estimated. Tax returns not prepared yet.**    $    **2,496,954.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $    **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor)    $    **0.00**

4. Payroll Taxes    **0.00**

5. Unemployment Taxes    **0.00**

6. Worker's Compensation    **0.00**

7. Other Taxes    **0.00**

8. Inventory Purchases (Including raw materials)    **0.00**

9. Purchase of Feed/Fertilizer/Seed/Spray    **0.00**

10. Rent (Other than debtor's principal residence)    **0.00**

11. Utilities    **0.00**

12. Office Expenses and Supplies    **0.00**

13. Repairs and Maintenance    **0.00**

14. Vehicle Expenses    **0.00**

15. Travel and Entertainment    **0.00**

16. Equipment Rental and Leases    **0.00**

17. Legal/Accounting/Other Professional Fees    **0.00**

18. Insurance    **0.00**

19. Employee Benefits (e.g., pension, medical, etc.)    **0.00**

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION    TOTAL

21. Other (Specify):

DESCRIPTION    TOTAL

22. Total Monthly Expenses (Add items 3-21)    $    **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    **0.00**